# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 16-8516 DSF (AJWx) | Date | 4/27/16 |
|---|---|---|---|
| Title | Benny Vaden v. Megan J. Brennan | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution

The proofs of service on file do not indicate that the government official defendant who is being sued in her official capacity has been properly served. See Fed. R. Civ. P. 4(i)(2). As more than 90 days have passed since this action was filed, Plaintiff is ordered to show cause, in writing, no later than May 8, 2017, why the case should not be dismissed for lack of prosecution.

IT IS SO ORDERED.